UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES N. BELSSNER,
                Plaintiff(s),

vs.

BANK OF AMERICA, et al.,
                Defendant(s).

Case No. 2:17-cv-01666-APG-NJK

ORDER

(Docket No. 3)

Pending before the Court is Plaintiff's motion for service. Docket No. 3. Concurrently herewith, the Court is issuing an order screening Plaintiff's complaint and finding that it is deficient. In the event Plaintiff files an amended complaint that cures the deficiencies outlined therein, the Court will address service on Defendants. Until that time, however, requests related to service are not ripe.

Accordingly, the motion for service is **DENIED** as premature.

IT IS SO ORDERED.

Dated: August 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge